IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | |
|---|---|
| In re: | * |
| | * |
| Stephanie Crawford, | *   Case No. 23-15632-NVA |
| | * |
| Debtor. | *   Chapter 13 |
| | * |

* * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| Maryland Department of Labor, | * |
| | * |
| Plaintiff, | * |
| v. | *   Adv. No. 23-00279 |
| | * |
| Stephanie Crawford, | * |
| | * |
| Defendant. | * |
| | * |

* * * * * * * * * * * * * *

**CONSENT ORDER APPROVING SETTLEMENT AND
DETERMINING DEBT NONDISCHARGEABLE**

Upon consideration of the Consent Motion for Approval of Settlement and Compromise, notice having been provided to creditors and there being no objection filed or sustained thereto, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED, that the settlement be and is hereby APPROVED, whereby the debt owed by Defendant/Debtor Stephanie Crawford ("Debtor") to Plaintiff Maryland Department of Labor ("MDOL") in the amount of Six Thousand, Four Hundred Fifty Dollars ($6,450.00) in

1

overpayment principal, Nine Hundred Sixty-seven Dollars and Fifty Cents ($967.50) fraud penalty, and an additional Seven Hundred Twenty-four Dollars and Eighty-two Cents ($724.82) in fraud interest, less One Thousand Dollars ($1000.00) in repayments, for a total overpayment balance of Seven Thousand, One Hundred Forty-two Dollars and Thirty-two Cents ($7,142.32) ("Overpayment Amount"), plus costs of Three Hundred Fifty Dollars ($350.00), is determined to be nondischargeable pursuant to 11 U.S.C. § 523(a)(2)(A); As part of the settlement, a separate Judgment is being entered consistent with this Order; and it is

FUTHER ORDERED, that after Debtor's above-captioned Chapter 13 is no longer pending (i.e., until the date said Chapter 13 is converted to another Chapter, dismissed, or otherwise closed), Debtor shall commence monthly payments to MDOL of Two Hundred Dollars ($200.00), beginning on the 15th of the first full month after Debtor's Chapter 13 case is no longer pending, and continuing on the 15th day of each month thereafter until the Overpayment Amount is paid and satisfied in full, to Maryland Department of Labor, Legal Services and Collection, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201; and it is

FURTHER ORDERED, that a) post-judgment interest is waived while Debtor's above-captioned Chapter 13 remains pending; b) post-judgment interest shall be waived if and so long as Debtor substantially complies with the terms of this settlement, MDOL will not attempt to garnish Debtor's wages, and post-judgment interest shall be waived; c) if Debtor becomes unemployed and promptly notifies MDOL's undersigned attorney, monthly payments and interest shall be waived for the period during which Debtor is unemployed; d) MDOL shall not be precluded from enforcing its rights to intercept Debtor's federal and/or state income tax refunds to apply to the Overpayment Amount; and e) MDOL reserves its right to offset the fraud principal against any

new unemployment insurance claim for benefits, or disqualify such a claim, based on the prior determination of fraud.

CONSENTED TO AS TO FORM AND AS TO CONTENT

| /s/ Lindsey J. Parker | /s/ J. Michael Broumas |
|---|---|
| Lindsey J. Parker | J. Michael Broumas |
| *Attorney for Plaintiff* | *Attorney for Defendant/Debtor* |

/s/ Stephanie Crawford
Stephanie Crawford
*Defendant/Debtor*

I HEREBY CERTIFY that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order; and that the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original Consent Order.

/s/ Lindsey J. Parker
Lindsey J. Parker

cc:

J. Michael Broumas, Esq.
Broumas Law Group LLC
8370 Court Avenue, Suite 203
Ellicot City, MD 21043

Lindsey J. Parker, Esq.
Maryland Department of Labor
Legal Services & Collection
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201

Stephanie Crawford
8277 Kramer Court
Glen Burnie, MD 21061

United States Trustee
Garmatz Federal Courthouse
101 W. Lombard Street, Suite 8530
Baltimore, MD 21201

**END OF ORDER**