IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| Stephanie Crawford, | * | Case No. 23-15632-NVA |
| Debtor. | * | Chapter 13 |
| * * * * * * | * * * * * * * | |
| Maryland Department of Labor, | * | |
| Plaintiff, | * | |
| v. | * | Adv. No. 23-00279 |
| Stephanie Crawford, | * | |
| Defendant. | * | |
| * * * * * * | * * * * * * * | |

**<u>JUDGMENT</u>**

In accordance with that Order entered contemporaneously herewith, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that judgment is granted against Defendant Stephanie Crawford and in favor of the Plaintiff Maryland Department of Labor in the amount of Seven Thousand, One Hundred

1

Forty-two Dollars and Thirty-two Cents ($7,142.32) ("Overpayment Amount"), plus costs of Three Hundred Fifty Dollars ($350.00), plus post-judgment interest at the federal rate.

cc:

Lindsey J. Parker, Esq.
Maryland Dept. of Labor
1100 N. Eutaw Street, Rm. 401
Baltimore, MD 21201

Stephanie Crawford
8277 Kramer Court
Glen Burnie, MD 21061

**END OF ORDER**